Case 4:23-cv-01934   Document 45   Filed on 08/13/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADAIRIUS DE'AIRRICK NORWOOD, §<br>  *Plaintiff*, §<br> §<br>v. §<br> §<br>EQUIFAX INFORMATION SERVICES, LLC, §<br>ET AL., §<br>  *Defendants*. § | CIVIL ACTION NO. 4:23-CV-01934 |

## **DISMISSAL ORDER**

Before the Court is a Notice of Settlement representing that Plaintiff and Defendant TransUnion LLC have reached a settlement in this matter.[1] It is therefore

ORDERED that Plaintiff's claims against TransUnion LLC are DISMISSED WITH PREJUDICE. Within 60 days of entry of this interlocutory Dismissal Order, any party may move for reconsideration if approval of documentation or condition precedent fails. It is further

ORDERED that Plaintiff's Motion to compel discovery (ECF 41) is TERMINATED as moot and the telephone conference scheduled for August 14, 2024 is CANCELED.

Signed on August 13, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The parties have consented to the jurisdiction of this Magistrate Judge for all purposes, including Final Judgment.