United States District Court
Southern District of Texas
**ENTERED**
January 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADAIRIUS DE'AIRRICK NORWOOD, §<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>EQUIFAX INFORMATION SERVICES, LLC, §<br>ET AL., §<br>*Defendants*. § | CIVIL ACTION NO. 4:23-CV-01934 |

### FINAL DISMISSAL ORDER

The parties have consented to the jurisdiction of this Magistrate Judge for all purposes, including final judgment. ECF 33; ECF 34; ECF 35. On January 29, 2025, Plaintiff and Defendant Experian Information Solutions, Inc. filed a Stipulation to Dismiss Defendant Experian with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF 46. All parties and all claims in this case have now been dismissed. It is therefore

ORDERED that this action is hereby DISMISSED WITH PREJUDICE in its entirety. Each party will bear their own costs and attorneys' fees. This is a Final Order.

Signed on January 30, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge